**HCDistrictclerk.com** HOLMES, VALERIE vs. LINCOLN NATIONAL LIFE INSURANCE COMPANY 1/6/2019

Cause: 201866495 CDI: 7 Court: 152

## APPEALS

No Appeals found.

## COST STATMENTS

No Cost Statments found.

## TRANSFERS

No Transfers found.

## POST TRIAL WRITS

No Post Trial Writs found.

## ABSTRACTS

No Abstracts found.

## SETTINGS

No Settings found.

## NOTICES

No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 9/21/2018 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | HOMEOWNERS ASSOCIATION |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | N/A |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 152nd |
| **Address** | 201 CAROLINE (Floor: 11)<br>HOUSTON, TX 77002<br>Phone:7133686040 |
| **JudgeName** | ROBERT K. SCHAFFER |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| HOLMES, VALERIE | PLAINTIFF - CIVIL | | WHITEHEAD, MARC STANLEY |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | DEFENDANT - CIVIL | | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY MAY BE SERVED THROUGH ITS | REGISTERED AGENT | | |

1999 BRYAN STREET SUITE 900, DALLAS, TX 75201-3136

EXHIBIT

1

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY BY SERVING ITS REGISTERED | REGISTERED AGENT |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 11/14/2018 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | WHITEHEAD, MARC STANLEY | HOLMES, VALERIE |
| 9/21/2018 | ORIGINAL PETITION | | | 0 | | WHITEHEAD, MARC STANLEY | HOLMES, VALERIE |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | LINCOLN NATIONAL LIFE INSURANCE COMPANY MAY BE SERVED THROUGH ITS | 9/27/2018 | 9/27/2018 | 10/19/2018 | | | 73543521 | MAIL TO ATTORNEY |
| 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | AMENDED ORIGINAL PETITION | LINCOLN NATIONAL LIFE INSURANCE COMPANY BY SERVING ITS REGISTERED | 11/14/2018 | 11/26/2018 | 12/20/2018 | | | 73565814 | MAIL TO ATTORNEY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 83075701 | Citation Return | | 12/20/2018 | 2 |
| 82609549 | Plaintiff's First Amended Petition Request for Disclosure and Jury Demand | | 11/14/2018 | 19 |
| 82247619 | Citation | | 10/19/2018 | 2 |
| 81815094 | Plaintiff's Original Petition Request for Disclosure and Jury Demand | | 09/21/2018 | 19 |