REF #1623368

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 9, 2016

VALERIE HOLMES

Re: Policyholder: FORT BEND INDEPENDENT SCHOOL DISTRICT
Policy Number: 00001018046100000
Claim Number: 1150015900
Claimant: Valerie Holmes

Dear Ms. Holmes:

We have completed our review of your Long Term Disability claim and benefits beyond 03/02/2017 have been denied.

The Policy issued to FORT BEND INDEPENDENT SCHOOL DISTRICT contains, but is not limited to the following:

> **TOTAL DISABILITY** or **TOTALLY DISABLED** will be defined as follows:
> 1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of his or her Own Occupation.
> 2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the Main Duties of any Gainful Occupation.
>
> The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

The Own Occupation Period for this claim will end on 03/02/2017. After a thorough review of the information currently contained in your claim file, we have determined you are capable of performing work in other occupations. Outlined below is the information reviewed which led to our determination.

## Information review and action taken

In our review of your claim, all previously submitted as well as any new documentation is used to make a determination.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

EXHIBIT

4

We evaluated current information from your physician(s), as well as other sources, including vocational information. The documentation contained in your claim file includes the following:

- Attending Physician Statement completed by Dr. Eric Reiner on 01/26/2015
- Imaging from Houston Medical Imaging dated 04/15/2013 to 11/25/2013
- Xray from MHHS Outpatient Imaging dated 09/11/2014
- Office and treatment notes from Dr. Richard Francis dated 09/30/2014
- FMLA paperwork completed by Dr. Eric Reiner on 10/21/2014
- Office and treatment notes from Dr. Eric Reiner dated 09/03/2014 to 09/22/2016
- Office and treatment notes from Dr. Swati Gupta dated 12/07/2015 to 07/11/2016
- Abilities form completed by Dr. Eric Reiner on 06/21/2016

According to the information contained in your claim file, you stopped working on 09/02/2014 due to a diagnosis of essential hypertension and displacement of lumbar intervertebral discs.

FMLA paperwork was completed by Dr. Eric Reiner on 10/21/2014 on which he stated you had severe back pain with radicular pain down both legs, severe shortness of breath and morbid obesity. You were not able to stand or sit for any period of time and the probable duration of your condition was lifetime.

Dr. Reiner completed the Attending Physician Statement on 01/26/2015 on which he states you were not able to stand, sit, or walk for any period of time. Your subjective symptoms were high blood pressure, congestive heart failure, oxygen and lumbar disks. You had severe back pain with pain down both legs. You were morbidly obese and needed gastric bypass. Your restrictions/limitations were listed as no walking more than 5 steps without oxygen and lower back pain. You were referred to see a spine specialist. You were too overweight for spine surgery.

A Lumbar MRI dated 04/16/2013 was limited secondary to your body habitus. There was an annular tear at L5-S1 with possible encroachment upon the bilateral traversing S1 nerve roots, left greater than right and mild central canal stenosis. There was broad-based posterocentral disc protrusion at L4-5, mildly degenerated with mild bilateral neural foraminal narrowing with possible mild encroachment upon the traversing left L5 nerve root and mild central canal stenosis. There was disc protrusion at L3-4, moderate degeneration, mild bilateral neural foraminal narrowing and mild canal stenosis. There was left foraminal disc protrusion at L2-3 causing mild narrowing of the left neural foramen and mild encroachment upon the exiting left L2 nerve root and mild-moderate degeneration.

The MRI Left Knee on 11/25/2013 revealed a large radial tear of the posterior horn medical meniscus. The MRI Right knee on 11/25/2013 revealed large radial tearing involving the posterior horn medial meniscus.

You saw Dr. Reiner on 09/03/2014 for low back pain, located primarily in the lower lumbar spine and radiating to the left and right buttock and posterior thigh. The pain worsened with walking, back flexion and back extension. You stated it interfered with your job as you could not walk from the parking lot to the class room. Since August you had shortness of breath on mild exertion and swelling of your feet. You had an ECG in June which was normal. You were given Lasix for pedal edema, you were to get oxygen to use overnight and get a heavy duty walker. You were not able to go up stairs because of your shortness of breath. You needed

gastric surgery to help with your morbid obesity. At your follow visit on 09/17/2014 it was noted that you had seen Dr. Nolan, orthopedic, who referred you to Dr. Francis, a spine specialist, as Dr. Nolan thought your main problem was your back not the torn cartilage in your knee.

The Chest Xray on 09/11/2014 was somewhat limited due to your body habitus. Your lung appeared clear without definite focal consolidation, there was no significant pleural effusion or pneumothorax, no evidence of mediastinal shift, the cardiac silhouette at the upper limit was normal and the osseous structures were unremarkable.

You saw Dr. Richard Francis on 09/30/2014. Your weight was 380 pounds. The physical exam noted reduced lumbar spine range of motion of 30 degrees flexion and 5 degrees extension. The lateral flexion and rotation were normal and there was no pain with motion. Your motor strength was 5/5. You had a normal gait, no limp and ambulated with no assistive devices. The supine straight leg raise test was positive. The assessment/plan was an electromyogram/nerve conduction study followed by physical therapy and epidural steroid injections for your displacement of lumbar intervertebral disc. You were not a candidate for surgical treatment due to your body mass. Medication management was started with Tramadol, Flexeril and Ibuprofen as well a topical neuropathic pain cream.

On 07/22/2015 you saw Dr. Reiner for a pre-operative evaluation. Your weight was noted as 418 pounds. At your follow up visit on 11/24/2015 it was noted you had lost 46 pounds and your weight was listed as 372 pounds. Your prescription for hydrocodone for back pain was refilled.

You saw Dr. Swati Gupta on 12/07/2015 for a follow up visit. Your gastric bypass had been done and you had lost 56 pounds. You denied chest pain or shortness of breath. Your physical exam was unremarkable. You were to continue your medications and return in 3 months.

On 1/20/2016 you saw Bharathi Gopalakishna, PA with complaints of nausea without vomiting. This had been noted for the past 4 months and was occurring since your bariatric surgery. Your weight was 327 pounds. The physical exam noted you were morbidly obese. Your prescriptions were refilled. You saw Dr. Reiner several times and at the 06/21/2016 office visit your weight was noted as 286 pounds.

Dr. Reiner completed an Abilities form on 06/21/2016 on which he noted you can lift up to 10 pounds occasionally; finger and handle constantly; sit, drive and operate foot controls frequently; stand, walk, climb and reach above the shoulder occasionally; never climb, bend or kneel.

You saw Dr. Gupta on 07/11/2016 for a follow up visit. You denied chest pain or shortness of breath. Your physical exam was unremarkable. You were to continue your medications and return in 3 months.

On 09/22/2016 you saw Dr. Reiner for a rash under your breast. Your weight was down to 256 pounds. The physical exam was unremarkable. Your prescriptions were refilled.

We reviewed your past training, education and work experience to evaluate your capacity to perform work-related activity. The documentation provided suggests you are not limited from working in a sedentary work capacity. The definition of sedentary work capacity, as defined by the Department of Labor, is:

Sedentary work involves sitting most of the time, but may involve walking or standing for brief periods of time. Jobs are sedentary if walking and standing are only required occasionally (1-33%) and if all other sedentary criteria are met. Sedentary work may require exertion up to 10 lbs. occasionally and a negligible degree of exertion on a frequent (34-66%) or constant (67-100%) basis.

Using The Dictionary of Occupation Titles as a reference, we found that you would be capable of performing the following occupations:

| **DOT#** | **Occupation** | **Wage (mean)** | **Physical Demand** |
|---|---|---|---|
| 1. 237.367-022 | Information Clerk | $1,856.67/month | Sedentary |
| 2. 201.362-022 | School Secretary | $1,694.17/month | Sedentary |
| 3. 379.367-010 | Surveillance-System Monitor | $1,388.33/month | Sedentary |

The preceding list is just a sample of various jobs that you show transferable skills to perform. The list is not all-inclusive and is only a sample of possibilities. The jobs listed are found to exist within your area and are appropriate from the standpoint of adequate salary levels relative to your prior earnings. NOTE: Current hiring or job availability is not a consideration when identifying occupational alternatives; only that the occupations identified exist within the local labor market.

**Summary**

In summary, it is our determination that based upon your age, education, training, past work experience and your current abilities, that you are not prevented from performing work in other occupations, even if you can no longer perform your Own Occupation. Therefore, you no longer meet the definition of disability in this policy and benefits will be denied as of 03/02/2017. Your payment for benefits through 03/02/2017 is being sent under separate cover.

If you disagree with our decision, you may appeal this determination by following the steps outlined below.

**Appeal Rights**

You, your attorney or a person legally authorized as your representative may appeal the denial by requesting a review of your denied claim. To initiate this process, submit your written request for review to us at the following address within 180 days after you receive this denial notice.

Claims Shared Services
The Lincoln National Life Insurance Company
PO Box 2337
Omaha, NE 68103
Fax: 800-922-3503

Please include the following with your appeal:

1. The policy and claim number;
2. Your reason(s) for appealing; and
3. If applicable, any additional documentation to support the appeal, such as medical treatment records, laboratory results, x-rays or other testing results.

Following receipt of your appeal, we will review the claim and provide you with a full written explanation of the decision within 45 days. If you wish, you may also request copies of the pertinent documents related to the claim.

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Under your employer's plan, such an action must be brought within three years after the date written proof of claim is required.

Please contact our office with any questions you may have at the number listed below or email us at nationalaccountclaims@lfg.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Laura Rachwalik
800-423-2765 *7183
Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company