**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VALERIE HOLMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19cv00109 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S AMENDED CERTIFICATE OF SERVICE**

Defendant The Lincoln National Life Insurance Company files this Amended Certificate of Service and states as follows:

I certify that a true and correct copies of *Defendant's Notice of Removal* and *Defendant The Lincoln National Life Insurance Company's Disclosure Statement and Certificate of Interested Persons* were forwarded by US Priority Mail, delivery confirmation requested, on the 11th day of January 2019 to the following Party:

***Counsel for Plaintiff Valerie Holmes***
Marc S. Whitehead
Madison Tate Donaldson
Marc Whitehead & Associates, Attorneys at Law L.L.P.
403 Heights Blvd.
Houston, Texas 77007

Dated this 11th day of January 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
FX: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Pleading was forwarded by US Priority Mail, delivery confirmation requested, on the 11th day of January 2019 to the following Party:

***Counsel for Plaintiff Valerie Holmes***
Marc S. Whitehead
Madison Tate Donaldson
Marc Whitehead & Associates, Attorneys at Law L.L.P.
403 Heights Blvd.
Houston, Texas 77007

/ s/ Iwana Rademaekers
Iwana Rademaekers