Case Number: H-19-109

Style: *Valerie Holmes v. The Lincoln National Life Insurance Company*

Appearances: *PLEASE PRINT CLEARLY*

| Counsel: | Representing: |
| --- | --- |
| Iwana Rademaekers (phone) | Defendant |
| Madison Donaldson | Plaintiff |

Date: May 10, 2019
Court Reporter: ____________

Time: 2:48 PM / 3:12 PM
Law Clerk: N. Bronnimann

**ORDER / DOCKET ENTRY**

(EW) Minutes of RULE 16 SCHEDULING CONFERENCE:

1. [x] Docket Control Order entered.
2. [x] The parties will complete all discovery required for purposes of Alternative Dispute Resolution, including mediation, within 150 days, and no later than October 7, 2019 will advise the Court of the identity of a mediator to whom they jointly agree that this case can be referred for mediation.

Upon agreement of the parties, the Joint Discovery/Case Management Plan filed by the parties at Document No. 7 is VACATED with regard to all language in paragraphs 3, 4, 10, and 18, or elsewhere, which refer to this case as being an ERISA dispute and any other express or implied references to ERISA. As agreed by the parties, based on the First Amended Petition, which alleges only state law causes of action, as well as the representations made in Defendant's Notice of Removal, the basis of this Court's jurisdiction is diversity of citizenship, 28 U.S.C. 1332.

The Clerk will file this entry and mail copies to all parties.

Ewing Werlein, Jr.
United States District Judge