**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VALERIE HOLMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | C A NO. 4:19-CV-00109 |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE OF SAID COURT:

1. COMES NOW, Valerie Holmes, Plaintiff and pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's Docket Control Order, hereby designates the following witnesses who may provide testimony in the form of expert opinions at trial:

Marc Whitehead
Marc Whitehead & Associates, Attorneys at Law
5300 Memorial Drive, Suite 725
Houston, Texas 77007
713-228-8888 tel
713-225-0940 fax

2. Mr. Whitehead may testify in the trial of this matter regarding the reasonable and necessary attorneys' fees incurred by any party in this action. Mr. Whitehead's resume is attached hereto as Exhibit "A"

3. Plaintiff reserves the right to illicit opinion testimony from any and all of the Defendant's expert witnesses.

4. Plaintiff reserves the right to supplement this designation further within the time

limitations imposed by the Court and/or by any alterations of same by subsequent Court order and/or by agreement of the parties pursuant to the Federal Rules of Civil Procedure.

5. Plaintiff reserves the right to withdraw the designation of any expert witness and to aver positively that such previously designated expert will not be called as an expert witness at trial and to re-designate same as a consulting expert, who cannot be called by opposing counsel.

6. Plaintiff reserves the right to call de-designated expert witnesses in rebuttal whose identities and testimony cannot reasonably be foreseen until Defendant has presented his evidence at trial.

7. Plaintiff reserves the right to elicit any expert testimony and/or lay opinion testimony that would assist the jury in determining material issues of fact that would not violate the Federal Rules of Civil Procedure.

8. Plaintiff designates and may call to testify as an adverse witness Defendant and any and all expert witnesses designated by Defendant.

9. Plaintiff reserves the right to call undesignated rebuttal expert witnesses whose testimony cannot be reasonably foreseen until the presentation of the evidence by or against Plaintiff, Liberty Life Assurance or the Plan.

10. Plaintiff reserves all additional rights they may have with regard to expert witnesses and testimony under the Federal Rules of Civil Procedure, the Federal Rules of Civil Evidence, case law, and rulings of this Honorable Court.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW, L.L.P., LTD

By: _/s/ Madison Tate Donaldson______
Madison Tate Donaldson
Tex. Bar No. 24105812
S.D. Tex. Bar No. 3151467
5300 Memorial Drive, Suite 725
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
VALERIE HOLMES

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24TH day of September, 2019, I electronically filed the foregoing document with the clerk of the court for the U. S. District Court; Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a “notice of Electronic Filing” all attorneys of record who have consented in writing to accept that Notice as service of this document by electronic means.

/s/ Madison Tate Donaldson
Madison Tate Donaldson