# MARC WHITEHEAD & ASSOCIATES, L.L.P.
# ATTORNEYS AT LAW

*A National Disability Claims Law Firm*

**403 Heights Boulevard**
**Houston, Texas 77007**

Telephone: (713) 228-8888
Facsimile (713) 225-0940
Toll Free: (800) 562-9830
www.disabilitydenials.com

**Marc Whitehead, Esq.**
*Board Certified*
*Personal Injury Trial Law*
*Texas Board of Legal Specialization*

*Board Certified*
*Social Security Disability Law*
*National Board of Trial Advocacy*

*Accredited Veterans' Claims Attorney*

**Anthony Vessel, Esq.**
*Sr. Associate Attorney, Mediator*
**Britney McDonald, Esq.**
*Sr. Associate Attorney, Mediator*
**Madison Donaldson, Esq.**
*Associate Attorney*
**Shane Kadlec, Esq.**
*Of Counsel*
*Board Certified-Personal Injury Trial Law*
*Texas Board of Legal Specialization*

September 24, 2019

Iwana Rademaekers
Law Offices of Iwana Rademaekers
14785 Preston Road, Suite 550
Dallas, Texas 75254

Re: 4:19-cv-109; Valerie Holmes vs. The Lincoln National Life Insurance Company; In the United States District Court for the Southern District of Texas

Dear Ms. Rademaekers:

This letter constitutes my expert report on attorneys' fees, pursuant to Rule 26(a)(2)(B), FED. R. CIV. PROC.

I am the attorney-in-charge for the plaintiff in this suit, Valerie Holmes. My testimony in this case will be strictly limited to the nature and value of legal services rendered in this cause, pursuant to Rule 3.08(a)(3), TEX. R. PROF. CONDUCT.

The nature of the legal services that have been rendered to date in this cause are the investigation and prosecution of a lawsuit against The Lincoln National Life Insurance Company of America. Basically, those legal services included the administrative appeal, as well as the filing and prosecution of this civil lawsuit in which substantial monetary damages are sought.

I am familiar with the usual, customary, and reasonable charges for lawyers' services in all major metropolitan and rural counties in the State of Texas, for handling suits of this nature. In determining the reasonableness of fees, factors that should be considered include, but are not limited to, the following:

X the time and labor involved, and the skill requisite to perform the legal service properly;

X the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer;

X the fee customarily charged in the locality for similar legal services;

X the amount involved and the results obtained;

X the time limitations imposed by the client or by the circumstances;

X the nature and length of the professional relationship with the client;

X the experience, reputation, and ability of the lawyer or lawyers performing the services; and

X whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered.[1]

In applying these factors to the facts of this case, I believe that it would be well within the scope of reasonableness for the case to be handled on an hourly fee basis, a contingent basis, or a reduced hourly fee and contingent basis. If handled on an hourly fee basis, my opinion is that a reasonable hourly fee for such services would range between $200 - $400 per hour, depending on the experience of the lawyer providing the service, multiplied by the hours spent on the case.

It is my opinion that my personal legal services would be reasonable if charged at any amount up to $400 per hour. For lawsuits of this nature, though, I would generally charge $285-$325 per hour, again depending on the factors as set out above.

It is my opinion that the legal services provided by associate attorneys would be reasonable if charged at any amount up to $175 per hour.

If the case were handled on a contingency fee basis, it would be my opinion that a contingent recovery of up to 45% of the gross recovery would be reasonable for this type of case. On the other end of the scale, any contingent fee of less than 33 1/3% of the gross recovery would be, in my opinion, inadequate for this case, in light of the factors applied as listed above.

I have been licensed to practice law in the State of Texas for more than twenty-five. I have handled many hundreds of lawsuits over the past twenty five years, including both commercial and personal injury lawsuits, many of which had millions of dollars in dispute. I am Board-certified in both Personal Injury Trial Law by the Texas Board of Legal Specialization and Social Security Disability Law by the National Board

---

1 These factors are set out in Rule 1.04(b), TEX. CODE PROF. CONDUCT.

of Social Security Disability Advocacy. A list of my professional publications and affiliations is contained in my attached c.v.

Pursuant to a written contract with the client, I am being compensated for my time in this case, including time involved in preparing this report and in testifying on attorneys' fees. I have testified as to attorneys' fees in other cases in open court though they are more remote than the requirements imposed by Rule 26(a)(2)(B), FED. R. CIV. PROC.

Respectfully submitted,

Marc S. Whitehead