# CURRICULUM VITAE

**Marc Stanley Whitehead**
Marc Whitehead & Associates,
Attorneys at Law, L.L.P.
5300 Memorial Drive, Suite 725
Houston, Texas 77007
(713)228-8888

**Professional Experience**

*Marc Whitehead & Associates, Attorneys at Law, LLP, (1992-Present)*
*Founder*
Specializing in plaintiff=s personal injury, mass tort, pharmaceutical, insurance & ERISA litigation, social security disability law and veterans disability law

*Adjunct Professor of Law (2002)*
University of Houston Law Center
Civil Trial Advocacy

*Instructor (2003)*
National Institute of Trial Advocacy
Civil Trial Advocacy

*Instructor (2005-2007)*
National Business Institute
Social Security Disability

**Board Certifications & Accreditations**

Personal Injury Trial Law
Texas Board of Legal Specialization

Social Security Disability Law
National Board of Trial Advocacy

Accredited Veterans' Claims Attorney
Department of Veterans Affairs

**Educational Experience**

J.D. University of Houston Law Center, 1992
    Top 21% of Graduating Class
B.B.A. in Finance, Texas A&M University, 1989
    President=s List
Valedictorian, Normangee High School 1985

**Admitted to Practice**

State Bar of Texas
U.S. District Courts, All Texas Districts
United States Court of Appeals-Fifth Circuit
United States Court of Appeals for Veterans Claims

**Professional Activities & Associations**

American Association for Justice-Leaders Forum Member
- AAJ Risperdal Litigation Group Member
- AAJ Xarelto Litigation Group Member
- AAJ Transvaginal Mess Litigation Group Member
- AAJ Testosterone Therapy Litigation Group Member
- AAJ Zofran Litigation Group Member
- AAJ Toxic, Environmental, and Pharmaceutical Torts Section
- AAJ Insurance Law Section: Vice Chair ('15)

Houston Trial Lawyers Association
- President (2009-10)
- President Elect (2008-2009)
- Secretary/Treasurer (2007-08)
- Vice-President (1999-2007)

Texas Trial Lawyers Association
- Board Member (1997-Present)
- Board of Advocates (1999-2001)

HBA Social Security Section Chairman (2004-2005)

Memberships and Honors
- Association of Civil Trial and Appellate Specialists
- National Organization of Social Security Claims Representatives
- Texas Aggie Bar Association
- Houston Volunteer Lawyers Association
- College of the State Bar of Texas
- Houston Bar Association
- AV Rated by Martindale Hubble
- 10.0 AVVO Rating
- Rated by Super Lawyers
- Top 100 Trial Lawyers in Texas-National Trial Lawyers Assoc.

**Articles & Publications**

- *Tort Reform As It Relates to Strict Products Liability;*
- *A Lawyer's Guide for Determining Eligibility of Social Security Disability Claimants;*
- *Nuts & Bolts of Social Security Disability Law;*
- *The Five Step Sequential Evaluation Process Used in Determining Disability For Social Security Claimants;*
- *The Social Security Disability Puzzle-How to Fit the Pieces Together and Win Your Claim;*
- *Disability Insurance Policies-Solving the Mystery and Proving Your Case*
- *Veterans Disability Claims – Strategies for a Winning Campaign*
- *Car & Truck Crashes -10 Secrets Victims Should Know to Protect Their Rights*