**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VALERIE HOLMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19cv00109 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S DESIGNATION OF EXPERT WITNESSES IN CHIEF AND EXPERT REPORTS**

Defendant The Lincoln National Life Insurance Company ("Defendant") files this Designation of Expert Witnesses in Chief and Expert Reports pursuant to the Docket Control Order entered by the Court in the above-styled matter on May 10, 2019.

***A. Expert Witnesses***

Defendant designates Iwana Rademaekers as an expert witness for its case-in-chief on the issue of reasonable attorneys' fees in this matter. (See Martindale-Hubbell profile, attached)

***B. Expert Reports***

Given the uncertainties of litigation and the nature of the issues upon which this expert witness will testify, it is not possible for this witness to prepare an expert report concerning the reasonable attorneys' fees required to defend or prosecute this matter until nearer to the time of the conclusion of this matter. The witness will testify regarding a reasonable and necessary hourly rate for the attorneys' fees in this matter.

Dated this 26th day of September 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

September 26, 2019
Date

/s/ Iwana Rademaekers
Iwana Rademaekers