**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **VALERIE HOLMES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **C. A. NO. 4:19-CV-00109** |
| **v.** | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

# NOTICE OF AGREED UPON MEDIATOR

Pursuant to the Court's May 10, 2019 Order (Doc. 8), Plaintiff, Valerie Holmes, and Defendant, The Lincoln National Life Insurance Company, (collectively, the "Parties") hereby notify the Court that the Parties have agreed upon the following mediator to whom they request the Court refers this case for mediation:

**Gloria Portela**
**Seyfarth Shaw**
**Ph: 713-225-2341**
**gportela@seyfarth.com**

Respectfully submitted,

By: /s/ Marc S. Whitehead
Marc S. Whitehead
Tex. Bar No. 00785238
Federal ID No. 15465
marc@marcwhitehead.com

Madison Tate Donaldson
Tex. Bar No. 24105812
Fed. I.D. No. 3151467
madison@marcwhitehead.com

By: */s/ Iwana Rademaekers*
Iwana Rademaekers
State Bar of Texas No. 16452560
S.D. of Texas No. 22781

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.
403 Heights Blvd
Houston, Texas 77007
Telephone: (713) 228-8888
Facsimile: (713) 225-0940

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record:

*/s/ Marc S. Whitehead*
Marc Whitehead