**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VALERIE HOLMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19cv00109 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE**

Plaintiff Valerie Holmes and Defendant The Lincoln National Life Insurance Company file this Joint Motion to Extend Dispositive Motions Deadline and show the Court as follows:

1. On May 10, 2019, the Court entered a Docket Control Order (document 9). Pursuant to that Order, the parties must file Dispositive Motions by November 1, 2019.

2. Plaintiff and Defendant are currently discussing a potential settlement in this matter and want to save both the Court's resources and the Parties' time and expense of filing dispositive motions if the case will be resolved through settlement. Progress has been made, but these discussions have not yet been completed. Accordingly, the parties request that the Court extend the deadline to submit dispositive motions by 2 weeks so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare dispositive motions.

3. Plaintiff and Defendant anticipate that if a settlement is not reached, this matter will be fully resolved upon the Court's consideration of the parties' cross motions for summary judgment.

## PRAYER

Plaintiff and Defendant request the Court enter an Order extending the deadline for submission of Dispositive Motions until and including November 15, 2019.

Dated this 29th day of October 2019.

Respectfully submitted,

By: /s/ Marc S. Whitehead (w/permission)

Marc S. Whitehead, Attorney-in-Charge
State Bar of Texas No. 00785238
S.D. of Texas Bar No. 15465
Madison Tate Donaldson
State Bar of Texas No. 24105812
S.D. of Texas Bar No. 3151467
MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940
Email: marc@marcwhitehead.com
Email: madison@marcwhitehead.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA
RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead, Attorney-in-Charge
Email: marc@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

October 29, 2019 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers