**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VALERIE HOLMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19cv00109 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day, came on to be considered the Joint Motion to Extend Dispositive Motions Deadline. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the parties shall have until and including November 15, 2019, to submit Dispositive Motions.

**SIGNED** this ______ day of ____________________, 2019.

______________________________
UNITED STATES DISTRICT JUDGE