United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VALERIE HOLMES, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 4:19cv00109 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On this day, came on to be considered the Joint Motion to Extend Dispositive Motions Deadline. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the parties shall have until and including November 15, 2019, to submit Dispositive Motions.

**SIGNED** this 30th day of October, 2019.

George C. Hanks Jr.
UNITED STATES DISTRICT JUDGE