United States District Court
Southern District of Texas
**ENTERED**
November 05, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Valerie Holmes | § | |
| | § | |
| *versus* | § | Civil Action 4:19−cv−00109 |
| | § | |
| The Lincoln National Life Insurance Company | § | |

**ORDER**

It is **ORDERED** that the following deadlines are **RESET:**.

| | |
|---|---|
| **February 28, 2020** | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** Plaintiff is responsible for timely filing the complete joint pretrial order. All information is to comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(3). All parties are directed to read the Court's Procedures regarding required trial documents and procedures. |
| **March 6, 2020, 03:00 PM** Courtroom 600 in Houston | **DOCKET CALL** Other than as set out in the Court's Procedures, no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| **April/May 2020** | **BENCH TRIAL** Case is subject to being called to trial on short notice during this term. Estimated Trial Time: 3 days. |

**All other deadlines shall remain in place.**

SIGNED on the 5th of November 2019.

George C. Hanks, Jr.
United States District Judge