**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| VALERIE HOLMES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION No. 4:19-CV-00109 |
| LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**NOTICE OF SETTLEMENT**

Plaintiff Valerie Holmes announces to the Court that the matters in controversy herein have been settled. The parties anticipate filing a Stipulation for Dismissal with Prejudice and proposed Order with forty-five days.

RESPECTFULLY SUBMITTED November 12, 2019.

STIPULATED TO AND APPROVED BY:

**MARC WHITEHEAD & ASSOCIATES, LLP**

By: s/ Marc S. Whitehead
Marc S. Whitehead
State Bar No. 00785238
S.D. No. 15465
403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

s/ Marc S. Whitehead
Marc S. Whitehead